IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **POLITANK, CORP.**<br><br>Plaintiff<br><br>v.<br><br>**ARISTEIA CAPITAL LLC; THE BAUPOST GROUP LLC; CANYON CAPITAL ADVISORS LLC; GOLDENTREE ASSET MANAGEMENT LLC; SCOGGIN CAPITAL MANAGEMENT LLC; TACONIC CAPITAL ADVISORS LP, TILDEN PARK CAPITAL MANAGEMENT LP, WHITEBOX ADVISORS LLC, and SUSHEEL KIRPALANI**<br><br>Defendants | Civil Action No. 3:18-cv-01439 (JAG) |

**DECLARATION OF SYLVIA M. ARIZMENDI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

I, Sylvia M. Arizmendi, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner with the law firm Reichard & Escalera, LLC, counsel to Defendants in the above captioned case.

2. I submit this declaration in support to Defendants' Motion to Dismiss the Complaint and Memorandum of Law in Support Thereof ("Motion to Dismiss").

3. Attached to this declaration as Exhibits 1-31 are true and correct copies of the following documents:

| *Exhibit Number* | **Document Title** |
|---|---|
| 1 | Agreement for Consulting Services |
| 2 | First Amendment to Agreement for Consulting Services |
| 3 | Agreement Termination Notice, dated April 5, 2018 |

| | |
|---|---|
| 4 | *Estrecho colaborador de Comisionada Residente acusado de violencia doméstica*, news article published by Noticel on April 5, 2018 |
| 5 | Certified translation of Exhibit 4 – "Close Collaborator of Resident Commissioner Accused of Domestic Violence" |
| 6 | *Denuncia*, dated April 1, 2018, a link was included as part of Noticel's news report (Exhibit 4) |
| 7 | Certified translation of Exhibit 6 – "Complaint" |
| 8 | *Presidente Colegio de Médicos retira de su campaña a cabildero acusado por Ley 54*, newsarticle published by Metro on April 5, 2018 |
| 9 | Certified translation of Exhibit 8 – "President of the College of Physicians Disengaged from His Campaign a Lobbyist with Accusation Related to Act 54" |
| 10 | *Asesor de Jenniffer González enfrenta demanda por violencia doméstica*, news article published by Radio Isla in its website on April 5, 2018 |
| 11 | Certified translation of Exhibit 10 – "Jenniffer González Adviser Faces Domestic Violence Lawsuit" |
| 12 | *Causa para arresto contra exdirector de campaña de Jenniffer González*, news article published by Primera Hora on April 5, 2018 |
| 13 | Certified translation of Exhibit 13 – "Cause for Arrest against Former Jenniffer González's Campaign Director" |
| 14 | *Ocultan querella contra cabildero Domenech*, news article published by El Vocero on April 5, 2018 |
| 15 | Certified translation of Exhibit 14 – "Complaint against Lobbyist Domenech Concealed" |
| 16 | *Informan al Partido Demócrata sobre las denuncias contra Domenech*, news article published by El Nuevo Día on April 6, 2018 |
| 17 | Certified translation of Exhibit 16 – "The Democratic Party Informed about Complaints against Domenech" |
| 18 | *Francisco Domenech renuncia al Partido Demócrata de Estados Unidos*, news article published by El Nuevo Día on April 6, 2018 |
| 19 | Certified translation of Exhibit 18 – "Francisco Domenech Leaves the United States Democratic Party" |
| 20 | *Aguantaron informe de querella contra Domenech*, news article published by El Vocero on April 6, 2018 |
| 21 | Certified translation of Exhibit 20 – "Report on Complaint against Domenech Held Up" |
| 22 | DNC member resigns after domestic violence charges, news article published by Politico on April 6, 2018 |
| 23 | *Domenech sometió información falsa en su orden de protección*, news article published by Noticel on April 10, 2018 |
| 24 | Certified translation of Exhibit 23 – "Domenech Submitted False Information in His Protection Order" |
| 25 | *Orden de Protección Ex Parte* dated April 2, 2018, a link was included as part of Noticel's news report (Exhibit 23) |
| 26 | Certified translation of Exhibit 25 – "Ex Parte Protection Order" |

| | |
|---|---|
| | The translation includes the following note by the translator: "The original document is bilingual (Spanish and English), except for two parts shown only in Spanish:<br>• Text stamped at the beginning and at the end of each page<br>• Part II: Findings of Fact" |
| 27 | *Nuevo giro en caso de Francisco Domenech*, news article published in El Vocero on April 12, 2018 |
| 28 | Certified translation of Exhibit 27 – "New Turn in Francisco Domenech's Case" |
| 29 | *Desestiman caso contra Francisco Domenech por violencia de género*, news article published in El Vocero on June 1, 2018 |
| 30 | Certified translation of Exhibit 29 – "Case against Francisco Domenech for Gender Violence Dismissed" |
| 31 | Plan Support Agreement ("PSA") |

4.   I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

September 7, 2018


*s/Sylvia M. Arizmendi*
Sylvia M. Arizmendi