UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| POLITANK, CORP.<br><br>   Plaintiff<br><br>   v.<br><br>ARISTEIA CAPITAL LLC; *et al.*<br><br>   Defendants. | Case no.: 18cv01439 (JAG) |

**TABLE OF EXHIBITS TO
MOTION SUBMITTING DOCUMENTS**

| Exhibit | Description |
|---|---|
| A | Correspondence dated June 13, 2018 from V. Ferraiuoli to S. Arizmendi and Correspondence dated June 21, 2018 from S. Arizmendi to V. Ferraiuoli |
| B | Electronic exchange dated September 27, 2015 re: messaging and outreach |
| C | Electronic exchange dated October 21, 2015 re: Weekly COFINA Call; media points |
| D | Electronic exchange dated November 4, 2015 re: Schedule of meetings and Bio's (without attachment) |
| E | Electronic exchange dated February 24 and 29, 2016 re: March 2-3 trip schedule (with attachment: updated trip schedule) |
| F | Electronic exchange dated July 26-27 and August 11-12, 2016 re: PR Trips |
| G | Electronic exchange dated December 30, 2016 and January 1, 2017 re: Governor Elect Inauguration Statement (without attachment) |
| H | Electronic exchange dated October 17, 2017 re: Are you hearing the same thing? (see below) (without attachment) |

| Exhibit | Description |
|---|---|
| I | Electronic exchange dated March 28, 2018 re: Weekly Group Call Today at 2:00pm (ET) |
| J | Electronic exchange dated September 24, 2015 re: Signed GDB-COFINA Letter |
| K | Electronic exchange dated September 27-28, 2015 re: Media talking points |
| L | Electronic exchange dated: October 6-7, 2015 re: Financial Alert – Important stories from El Nuevo Dia and El Vocero on AlixPartners, the GDB and the Fiscal Control Board |
| M | Electronic exchange dated December 28, 2015 re: COFINA: Melba Acosta Interview |
| N | Electronic exchange dated June 16, 2016 re: 6/15 COFINA Weekly Call – Cancelled |
| O | Electronic exchange dated October 24, 2016 re: Campaign Donations Public Record? |
| P | Electronic exchange dated November 7, 2016 re: Agenda for Weekly COFINA Call: 2:00pm EDT (by attorney Escalera) (without attachment) |
| Q | Electronic exchange dated January 26 and 28, 2017 re: Important/Confidential – we believe that the OB has retained Citi as it's advisor |
| R | Electronic exchange dated March 13, 2017 re: Rescheduling of Weekly COFINA Call - Excluding Canyon |
| S | Electronic exchange dated April 25-26, 2017 re: They plan to […] |
| T | Electronic exchange dated September 19-20 and October 9, 2017 re: Agenda Items for COFINA Call |
| U | Electronic exchange dated October 12 and 17, 2017 re: Are you hearing the same thing? (see below) |
| V | Electronic exchange dated February 23, 2018 re: Puerto Rico Media Coverage – Friday, February 23, 2018 |

| Exhibit | Description |
|---------|-------------|
| W | Electronic exchange dated March 8, 2018 re: Puerto Rico - General Fund Net Revenue Reaches $584.6M in January, Trails Projections By 5.2% for the First Seven Months of Fiscal 2018 (Americas Intelligence) |
| X | Electronic exchange dated March 28, 2018 re: Puerto Rico Media Coverage – Wednesday, March 28, 2018 |
| Y | Criminal complaint no. 2018-07-232-01485 |