IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| POLITANK, CORP.,<br><br>**Plaintiffs,**<br><br>v.<br><br>ARISTEIA CAPITAL LLC, *et al.*,<br><br>**Defendants.** | CIVIL NO. 18-1439 (JAG) |

**PARTIAL JUDGMENT**

      Pursuant to the Court's Memorandum and Order at Docket No. 82, Partial Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's Third cause of action; and DISMISSING WITH PREJUDICE Plaintiff's Fourth and Fifth Causes of Action with respect to co-Defendants Aristeia Capital LLC, The Baupost Group LLC, Canyon Capital Advisors LLC, Goldentree Asset Management LP, Scoggin Capital Management LLC, Taconic Capital Advisors LP, Tilden Park Capital Management LP, and Whitebox Advisors LLC.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Tuesday, March 2, 2021.

                                                        s/ Jay A. Garcia-Gregory
                                                        JAY A. GARCIA-GREGORY
                                                        U.S. DISTRICT JUDGE