UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| POLITANK, CORP. | Case no.: 18cv01439 (JAG) |
| Plaintiff | |
| v. | |
| ARISTEIA CAPITAL LLC; THE BAUPOST GROUP LLC, CANYON CAPITAL ADVISORS LLC, GOLDENTREE ASSET MANAGEMENT LP, SCOGGIN CAPITAL MANAGEMENT LLC, TACONIC CAPITAL ADVISORS LP, TILDEN PARK CAPITAL MANAGEMENT LP, WHITEBOX ADVISORS LLC, and SUSHEEL KIRPALANI | |
| Defendants. | |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Politank, Corp., plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Partial Judgment entered in this action on the 2nd day of March, 2021, [ECF No. 83].

On December 24, 2021, Politank requested that, pursuant to Fed.R.Civ.P. 54(b), final judgment be entered with regards to the Third Cause of Action, [ECF No. 110]. Politank is aware that, because the First Circuit does not have jurisdiction under 28 U.S.C. §1291 or §1292 at this time to review the aforementioned Partial Judgment as of right, this appeal will be treated as filed on the date of and after the entry of the final judgment requested.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 28th day of January, 2022.

## ESTUDIO LEGAL FERRAIUOLI

P.O. Box 195384
San Juan, Puerto Rico 00919-5384
Tel.: 787.296.4733 Fax: 787.296.4430
/s/ *Veronica Ferraiuoli Hornedo*

Veronica Ferraiuoli Hornedo
U.S.D.C. – PR 213814
Email: vero@ferraiuoli.pr

## CERTIFICATE OF SERVICE

I certify that, on this day, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Veronica Ferraiuoli Hornedo*