UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| POLITANK, CORP. | Case no.: 18cv01439 (JAG) |
| Plaintiff | |
| v. | |
| ARISTEIA CAPITAL LLC; THE BAUPOST GROUP LLC, CANYON CAPITAL ADVISORS LLC, GOLDENTREE ASSET MANAGEMENT LP, SCOGGIN CAPITAL MANAGEMENT LLC, TACONIC CAPITAL ADVISORS LP, TILDEN PARK CAPITAL MANAGEMENT LP, WHITEBOX ADVISORS LLC, and SUSHEEL KIRPALANI | |
| Defendants. | |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that POLITANK, CORP., plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Partial Judgment entered in this action on the 8th day of March 2022, which made final and appealable the Partial Judgment entered on March 2, 2021, [ECF No. 83], only as to the Third Cause of Action. [ECF No. 132].

RESPECTFULLY SUBMITTED.

I certify that, on this day, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

In Guaynabo, Puerto Rico, this 15th day of March 2022.

**ESTUDIO LEGAL FERRAIUOLI**

P.O. Box 195384
San Juan, Puerto Rico 00919-5384
Tel.: 787.296.4733 Fax: 787.296.4430

/s/ *Veronica Ferraiuoli Hornedo*

Veronica Ferraiuoli Hornedo
U.S.D.C. – PR 213814
Email: vero@ferraiuoli.pr

- 2 -