UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| POLITANK, CORP.<br><br>    Plaintiff<br><br>                    v.<br><br>ARISTEIA CAPITAL LLC, *et al.*<br><br>    Defendants. | Case no.: 18cv01439 (JAG) |

### STIPULATION OF DISMISSAL

COME NOW, the parties to this action, through the undersigned attorneys and, pursuant to FED.R.CIV.P. 41(a), stipulate the dismissal with prejudice of this action, without the imposition of attorney's fees or costs against any party.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 16th day of May 2022.

REICHARD & ESCALERA, LLC
255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, PR 00917-1913
Telephone: (787) 777-8888

/s/ *Sylvia M. Arizmendi*
Sylvia M. Arizmendi
U.S.D.C. – PR 210714
Email: ArizmendiS@reichardescalera.com

ESTUDIO LEGAL FERRAIUOLI
P.O. Box 195384
San Juan, Puerto Rico 00919-5384
Tel.: 787.510.5601

/s/ *Veronica Ferraiuoli Hornedo*
Veronica Ferraiuoli Hornedo
U.S.D.C. – PR 213814
Email: vero@ferraiuoli.pr


Francisco J. Domenech
U.S.D.C.–PR 221605
fjdomenech@politank.com
P.O. Box195384
San Juan, Puerto Rico 00919-5384
Tel.: 787.296.4730 Fax: 787.296.4430

**CERTIFICATE OF SERVICE**

I certify that, on this day, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Veronica Ferraiuoli Hornedo*