# United States Court of Appeals
## For the First Circuit

No.  22-1102

POLITANK, CORP.,

Plaintiff - Appellant,

v.

ARISTEIA CAPITAL, LLC; THE BAUPOST GROUP LLC; CANYON CAPITAL ADVISORS, LLC; GOLDENTREE ASSET MANAGEMENT LP; SCOGGIN CAPITAL MANAGEMENT LLC; TACONIC CAPITAL ADVISORS, LP; TILDEN PARK CAPITAL MANAGEMENT LP; WHITEBOX ADVISORS LLC; SUSHEEL KIRPALANI,

Defendants - Appellees.

**JUDGMENT**

Entered: May 20, 2022
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Veronica Ferraiuoli Hornedo
Dora L. Monserrate
Sylvia M. Arizmendi-Lopez de Victoria
Alana Michelle Vizcarrondo-Santana