IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| POLITANK, CORP.,<br><br>**Plaintiff,**<br><br>v.<br><br>ARISTEIA CAPITAL LLC, *et al.*,<br><br>**Defendants.** | CIVIL NO. 18-1439 (JAG) |

# JUDGMENT

Pursuant to the Parties' Stipulation of Dismissal, Docket No. 139, Judgment is hereby entered DISMISSING this action WITH PREJUDICE without the imposition of attorney's fees or costs. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Friday, June 10, 2022.

                                                           s/ Jay A. Garcia-Gregory
                                                           JAY A. GARCIA-GREGORY
                                                           U.S. DISTRICT JUDGE